# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1998, Pub. L. No.
101-194; November 30, 1988
(5 U.S.C.A. App. 6, 96101-112)

| AO-10 Rev. 1/93 | | |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cote, Denise L. | United States District Court for the Southern District of New York | |
| **4. Title** (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) United States District Judge – Active | **5. Report Type** (check appropriate type) ✓ Nomination, Date _____ — Initial — Annual — Final | **6. Reporting Period** January 1, 1993 to April 15, 1994 |
| **7. Chambers or Office Address** 315 Riverside Drive, Apt. 8J New York, New York 10025 | **8.** On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✓ NONE (No reportable positions) | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 4/11/94 - present | As of April 11, 1994 I began a leave of absence from the Dep't. of Justice |
| 1985- present | I have a 401k and an IRA account (widely diversified, independently managed) with the law firm (Kaye Scholer Fierman Hays & Handler) at which I worked from 1985 to 1991 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1/1/92 - present | Columbia University Law School - husband's salary | $ |
| Summer 1993 | Rental income from Fire Island house | $ 5,000 |
| 1/1/93 - 4/1/94 | Income from installment sale of Minnesota property | $ 3,500 |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Cote, Denise L. | Date of Report |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | | Exempt | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities) | | |
| 1 | Chase Manhattan Bank | Mortgage on Fire Island Home | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: Cote, Denise L.

Date of Report:

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. div. rent int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Fire Island, N.Y. house | D | rent | N | W | | | | | |
| 2 Minnesota real estate under contract sale | E | contract sale payment | K | R | | | | | |
| 3 Kaye Scholer 401 K and P R 10 | | reinvested | N | T | | | | | |
| 4 Columbia Univ. pension (S) | | reinvested | N | T | | | | | |
| 5 Shearson L.P. | A | real estate | J | T | | | | | |
| 6 Carlyle Real Estate L.P. | A | real estate | J | T | | | | | |
| 7 Park Tool Co. common stk. | | none | J | W | | | | | |
| 8 Merrill Lynch acct. | | | | | (see items 9 through 14) | | | | |
| 9 N.L. Ready Asset trust | A | divided | J | T | | | | | |
| 10 Muni. Invest. Trust Co. A NY | B | divided | K | T | | | | | |
| 11 C D 1st Nat Bk of Boston | D | interest redemption | J | T | | | | | |
| 12 N. Eng. T&T notes | A | interest | J | T | | | | | |
| 13 C D Signet Bk Richmond Va. | D | sale interest | J | T | | | | | |
| 14 C D Boston Trust NY | A | interest | J | T | | | | | |
| 15 A T & T Notes | A | interest | J | T | | | | | |
| 16 NY St. Dorm. Auth. Notes | A | interest | J | T | | | | | |
| 17 C D America Bk. Newark | A | interest | J | T | | | | | |
| 18 Smith Barney Shearson IRA | | | | | (see items 19 through 22) | | | | |
| 19 Amer Gov't Fund | A | interest | J | T | | | | | |
| 20 U.S. Treas. Bonds | A | interest | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (Real estate only) S=Assessment U=Book Value V=Other W=Cash/Market
(See Col. C2) T=Cost Value X=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cote, Denise L. | |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

__VII__.

21) _____ Pros. Fund | A dividend JT

22) Balan Equity L.P. | A interest JT

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date _April 21, 1994_

**NOTE:** ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH
___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks  *Sch. A* | 6 | 000 | Notes payable to banks—secured | | | 0 |
| U.S. Government securities—add schedule  *Sch. B* | 47 | 800 | Notes payable to banks—unsecured | | | 0 |
| Listed securities—add schedule  *Sch. C* | 26 | 865 | Notes payable to relatives | | 20 | 000 |
| Unlisted securities—add schedule  *Sch. D* | | 200 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | | Accounts and bills due | | 1 | 200 |
| Due from relatives and friends | | 0 | Unpaid income tax | | | 0 |
| Due from others | | 0 | Other unpaid tax and interest | | | 0 |
| Doubtful | | 0 | Real estate mortgages payable—add schedule  *Sch. E* | | 425 | 000 |
| Real estate owned—add schedule  *Sch. E* | 860 | 000 | Chattel mortgages and other liens payable | | | 0 |
| Real estate mortgages receivable  *Sch. F* | 7 | 000 | Other debts—itemize: | | | 0 |
| Autos and other personal property | 100 | 000 | | | | |
| Cash value—life insurance | | 0 | | | | |
| Other assets—itemize: | | | | | | |
| *Kaye, Scholer H R-10* | 133 | 000 | | | | |
| *Kaye, Scholer 401k* | 130 | 000 | | | | |
| *Columbia Retirement Fund* | 383 | 000 | Total liabilities | | 446 | 200 |
| *TIAA CREF* | 44 | 000 | Net Worth | 1 | 227 | 665 |
| Total Assets | 1 | 673 865 | Total liabilities and net worth | 1 | 673 | 865 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule.)  No | | | |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions?  No | | | |
| Legal Claims | | 0 | Have you ever taken bankruptcy?  No | | | |
| Provision for Federal Income Tax | | 0 | | | | |
| Other special debt | | 0 | | | | |

Digitized by Google